Gussie Gutov, as Administratrix of the Estate of Julius Gutov, Deceased, Appellant, *v.* Abraham Krasne, Respondent, Impleaded with Another.

Argued January 13, 1941; decided February 27, 1941.

*William L. Shumate* and *Edward J. Haniver* for appellant.
*Joseph F. Murray* and *Edward L. Johnson* for respondent.

Judgments reversed and a new trial granted, with costs to the appellant to abide the event. The law of New Jersey governs and under that law the question whether the defendant Krasne was the employer of the salesman was one of fact. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.